RECEIVED
FEB - 9 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| Anthony Babineaux | Civil Action No. 6:16-01110 |
| versus | Judge Dee D. Drell |
| Diamond B. Industries LLC et al | Magistrate Judge Carol B. Whitehurst |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the Motion For Summary Judgment On Behalf Of Diamond B Industries, LLC, Diamond Boats, Inc., and Diamond B Marine Services, Inc. [Rec. Doc. 18] is **GRANTED** and Anthony Babineaux's claim is **DISMISSED WITH PREJUDICE..**

**THUS DONE AND SIGNED** in chambers, on this _____ day of February, 2017.

Dee D. Drell, Chief Judge
United States District Court